

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,891-01

### EX PARTE LEON JEFFERY ROBERTS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1436522-A IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of one to four grams of cocaine and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because after he pleaded guilty, the cocaine was analyzed and determined to weigh less than one gram. The trial court recommended that we grant relief. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App.

2014).

Relief is granted.  The judgment in cause number 1436522 in the 178th  District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information.  The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 18, 2015
Do not publish